IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 00-cr-00035-DBS-01

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DARRIUS COURTNEY TAYLOR

    Defendant.

---

**ORDER TERMINATING SUPERVISED RELEASE UNSATISFACTORILY**

---

    On December 27, 2006, the probation officer notified the Court that the defendant had been sentenced on December 15, 2006, to 44 years in the Colorado Department of Corrections in Denver District Case No. 2005-CR-3809. On January 3, 2007, the Court directed the probation office to initiate terminating the defendant's supervised release unsatisfactorily. On January 17, 2007, Assistant U.S. Attorney James R. Allison reported he had no objections to terminating the defendant's supervision unsatisfactorily. Accordingly, it is

    ORDERED that the defendant be discharged from supervised release unsatisfactorily and the proceedings in the case be terminated.

    DATED at Denver, Colorado, this 17 day of January, 2007.

                                BY THE COURT:

                                RICHARD P. MATSCH
                                Senior District Judge